# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2011

142424 & (45)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re JACK E. CRANE TRUST.

_____/

JACK D. CRANE,
    Appellant,

v

J. RUSSELL LABARGE, JR., Successor Trustee
of the JACK E. CRANE TRUST, LILIA CRANE,
and DONALD STREHL, Successor Personal
Representative of the Estate of DONALD CRANE,
    Appellees.

_____/

SC: 142424
COA: 293006
Macomb CC: 2008-195427-TV

   On order of the Court, the application for leave to appeal the December 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for leave to file brief amicus curiae is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011

_____
Clerk

y1012